# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE
### October 4, 2000 Session

## MICHAEL H. SNEED v. BOARD OF PROFESSIONAL RESPONSIBILITY

**Appeal from the Chancery Court for Davidson County**
**No. 98-3543-II    Tom E. Gray, Chancellor by Interchange**

---

**No. M1999-01588-SC-R3-CV - Filed January 3, 2001**

---

## OPINION GRANTING PETITION FOR REHEARING

ADOLPHO A. BIRCH, JR., J., delivered the opinion of the court, in which E. RILEY ANDERSON, C. J., FRANK F. DROWOTA, III, JANICE M. HOLDER, and WILLIAM M. BARKER, JJ., joined.

This cause is before the Court on the petition for rehearing filed by the respondent, Michael H. Sneed. The crux of the petition is Sneed's request for a period of thirty days within which to "wind down [his] practice and to prepare for the transition of any remaining cases to substitute counsel."

Attached to and filed with the petition is a supporting affidavit shich states, interalia, that "[d]isciplinary counsel [has advised] that the Board has no objection to an additional thirty days to have pending matters resolved or otherwise trasitioned to substitute counsel."

The Court finds that the petition states grounds for relief and will be granted to effect the purpose for which it was filed.

It is, therefore, ORDERED, ADJUDGED, AND DECREED, that the order of this Court which affirmed the imposition of immediate suspension be, and is, hereby, amended to take effect February 1, 2001. The respondent shall have that period to accomplish those matters set out in the petition. The respondent shall, on a date no later than February 1, 2001, comply with the requirments of Rule 9, § 18, Rules of the Supreme Court.

_____
ADOLPHO A. BIRCH, JR., JUSTICE